IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
(Wichita Docket)

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF the premises located at 630 North Baehr, Wichita, Kansas | Case No. 18-M-6211-01-KGG |

### ORDER

On motion of counsel for the United States of America, good cause appearing therefore,

IT IS ORDERED that the above captioned case be unsealed.

IT IS SO ORDERED this 10TH day of April, 2019.

S/KENNETH G. GALE
HONORABLE KENNETH G. GALE
UNITED STATES MAGISTRATE JUDGE